CURRY, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court. Appellate Division, First Department. May 28, 1909.) Action by Bernard Curry against the Manhattan Railway Company and another. J.

O. Nichols, for appellants. W. G. Peckham, for respondent.

PER CURIAM. Judgment (57 Misc. Rep. 189, 109 N. Y. Supp. 213) affirmed, with costs. Order filed.

HOUGHTON, J., dissents, as to adult tenants in common, on his opinion in Goggin v. Elevated R. Co., 124 App. Div. 644, 109 N. Y. Supp. 83.